Argued and submitted May 30, convictions affirmed; remanded for resentencing
August 1, 1990

STATE OF OREGON,
*Respondent,*

*v.*

REBECCA SUE WARD,
*Appellant.*

(88-CR-0480-MS, 88-CR-0044-MS, 89-CR-0479-MS;
(CA A60287 (Control), A60288, A60289)
(Cases Consolidated)

794 P2d 833

Peter Gartlan, Salem, argued the cause for appellant. With him on the brief was Sally Avera, Public Defender.

Janet A. Metcalf, Assistant Attorney General, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Joseph, Chief Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

This consolidated appeal involves three cases. In two of them, defendant pled guilty or no contest to charges of possession of methamphetamine. ORS 475.992. In the third case, she was found guilty of delivery of methamphetamine. ORS 161.450. Her first assignment of error arises from the latter case, and we find no error.

In all three cases, defendant received probation. Her second assignment of error challenges a condition of probation that she waive her search and seizure rights as ordered by her probation officer. The condition is not modified by any requirement that the probation officer have reasonable grounds to justify a search. The state concedes that, under *State v. Schwab,* 95 Or App 593, 771 P2d 277 (1989), the condition must be vacated and the case remanded for resentencing.

Convictions affirmed; remanded for resentencing.